UNITED STATES DISTRICT COURT<br>
WESTERN DISTRICT OF TENNESSEE<br>
EASTERN DIVISION

---

| | |
|---|---|
| **MARY ANN STORY,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **FRANKLIN BEAL HARRIS, ET AL.,** | CASE NO: 17-1224-STA-jay |
| Defendants. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Dismissing Case with Prejudice entered on July 29, 2019, this cause is hereby DISMISSED with prejudice.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 7/30/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk